CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 31 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEMOND LAWRANCE JONES,<br>Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00469 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | |
| TYLER N. BAILEY, et al,<br>Defendant(s). | ) ) ) | By: Jackson L. Kiser<br>Senior United States District Judge |

Demond Lawrance Jones, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 6, 2018, the court directed plaintiff to submit within 20 days from the date of the Order the filing fee in full or otherwise respond because the plaintiff has been released from incarceration and is no longer subject to the provisions of the Prisoner Litigation Reform Act, which allowed plaintiff to pay the $350.00 filing fee via installments. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 31st day of July, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge